# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Viola Delores Garris, | ) | |
| Plaintiff, | ) | |
| V. | ) | Civil Action No.: 1:22-cv-04591-SCJCMS |
| Shellpoint Mortgage Services | ) | |
| Defendant | ) | |

PLAINTIFF Viola; Delores Garris, REPLY TO DEFENDANT'S

NEWREZ, LLC D/B/ASHELLPOINT MORTGAGE SERVICING'S REPLY BRIEF

## Introduction

Plaintiff, acting pro se, filed the instant "Complaint Bill in Equity" (hereinafter the "Complaint") relating to the mortgage loan form of payment in which, the Defendants' didn't respond nor dishonor the Plaintiff's 'Letter of Acceptance for Value, and Returned for Value to set off associated eligible instruments to be filed as collateral (1099C/1099A/1099B).

Plaintiff also requested the defendants' to furnish a 1099 O.I.D as the borrower of The House of Viola Estate And Trust. On November 22, 2022, as mentioned in the Complaint. The Defendants' was properly named "Shellpoint Mortgage Services" in the Complaint, as Newrez was not soliciting "Payment" from the Plaintiff, Shellpoint is the solicitor. The proper name for the Defendants'is NewRez, LLC disguised as Shellpoint Mortgage Servicing assigned by Wells Fargo Trustee for Bank of America, North America (BANA). The Defendant's "Motion for Dismissal", has not addressed the Facts nor rebutted the Facts in the counterclaim filed in this action. The Defendants' arrogance to prejudice the court implying "PRO SE" being merit for dismissal, as well as the implication the court will not rule justly in this proceeding but with willful Prejudice of Plaintiff's rights to/of subrogation. This assertion is convicting the Court as Co-Defendant to this action. The "Nonsensical legal theories" that are true and Factual have not been addressed nor rebutted. It is apparent the Defendants' are not learned but taught individuals in money of account and banking in the U.S of America.

The Defendant further asserts and relies upon, "Averments that have no bearing on Plaintiff s mortgage loan." If payment Doesn't have any "Bearing" on the Plaintiff's Mortgage then the Defendant shows intent to conspire to fraud.

Creating a Trust of perpetual debt, not disclosing the truth by monetizing "Notes from uneducated men and woman in Commerce with their S.S# and endorsements, pass it through TRUSTS/TRUSTEES/ASSIGNEES" collect PAYMENT.

Defendants' further involvement in Identity Theft by filing 1099A's as nominees of the Plaintiff's Estate utilizing Gift & Estate tax exemptions with the Internal Revenue Service. Proving financial embezzlement / Tax Fraud.

# Affidavit of Facts

I, Viola; Delores, Garris, Affiant, Sui Juris, The undersigned, a living natural person, indigenous North American, do solemnly swear, affirm, declare, attest, and depose:

- A. That I am of lawful age and am competent to make this Affidavit.
- B. That I have personal knowledge of the facts stated herein.
- C. That I am not under the lawful Guardianship or Disability of another. This sworn Affidavit is made as a matter of record of my own right, sui juris, in my own proper status, propia persona.

1.Plaintiff received a presentment from NATIONSTAR dba/ MR. COOPER MORTGAGE SERVICING informing Plaintiff of new assignment of Mortgage Servicing Co. named Shellpoint to which Plaintiff Certified Mailed a Counterclaim rescinding the Plaintiff's endorsement/signature for any and all other negotiations or further assignment; as per Rule 13; when a claim arises from the same transaction or occurrence you must file a counterclaim.

2. Plaintiff sent a letter of non-response to NATIONSTAR dba MR COOPER Mortgage servicing Co. via certified mail. Plaintiff informed NATIONSTAR DBA MR COOPER MORTGAGE SRVICING CO. of the counterclaim and offered a chance to cure the non-response/dishonor of aforementioned counterclaim.

3. Plaintiff certified mailed a "Certificate of Non-Response" to NATIONSTAR dba MR COOPER Mortgage servicing Co. after 30 days.

4. Plaintiff offered a "Letter of Acceptance/Set off as a form of payment to Defendants'. Set off is a legal right that allows a creditor to take funds from a debtor's account to satisfy a debt the debtor/borrower owes to the creditor.

5. Plaintiff is the creditor/Source of funding for the Defendants' instrument (Mortgage Loan/Security Deed).

6. Plaintiff asserts the FRCP Rule 8. I accept the presentment for value and consideration in return please use my exemption as principle for post settlement and closure of Loan# 0671343697 ref.# 1-303396-4(primary loan# by Great Western Mortgage Co.

7. Plaintiff is the owner of the entity VIOLA DELORES GARRIS: IDENTIFING S.S # (XXX-XX-0524)*SEE EXHIBIT A*

8. Plaintiff has copyrighted the entity VIOLA DELORES GARRIS: IDENTIFING S.S #(XXX-XX-0524).*SEE EXHIBIT B*

9. Plaintiff is Power of Attorney in Fact. *SEE EXHIBIT C*

10. Plaintiff is not a resident of the U.S or any fictional territory stated in the affidavit of domicile. I am not a "inhabitant of", a " franchisee of", "subject of", "ward of", "property of", "chattel of", or "subject to the jurisdiction of" the States of the Forum of any United States, corporate State, corporate County, or corporate City, or Municipal body politics created under the primary authority of Art. 1, Sec. 8, Cl. 17 and Art. IV, Sec 3, Cl. 2 of the Constitution for the United States of America Plaintiff is not a citizen subject to United States jurisdiction, as such term is defined in 3 Am Jur 1420, Aliens and Citizens, rather, I am a indigenous Heir, with all rights, Authority, and pre-eminence of a Sovereign.

*See: Julliard v. Greenman, 110 U.S 421; The Siren vs. U.S., 74 U.S 152; United States v. Lee, 106 U.S 196, at 208; Lansing v. Smith, 21 1.89; Yick Wo vs. Hopkins and Woo Lee vs Hopkins, 118 U.S 356; among others. *SEE EXHIBIT D*

11. Plaintiff is a Natural Person and not a legal fiction.*SEE EXHIBIT E*

12. Plaintiff has the right to terminate, as alleged Borrower, according to FRB Operating Circular #10, section
    17.1 Termination.*SEE EXHIBIT F*

# Conclusion

Whereas The Eternal And Unchanging Principles Of The Laws Of Commerce Are:

1. A matter must be expressed to be resolved.
2. In commerce, Truth is sovereign.
3. Truth is expressed in the form of an Affidavit.
4. An unrebutted Affidavit stands as Truth in Commerce.
5. An unrebutted Affidavit becomes the judgment in Commerce.

6.  An Affidavit of Truth, under Commercial Law, can only be satisfied: (i) through a rebuttal Affidavit of Truth, point for point, (ii) by payment (iii) by agreement, (iv) by resolution by a jury by the rules of Common Law.

7.  All are equal under the Common Law.

8.  TAKE NOTICE that I, hereby, cancel any presumed election made by the United States Government or any agency or department, thereof, that I am or ever have been a citizen or resident of any territory, possession, instrumentality or enclave, under the sovereignty or exclusive jurisdiction of the United States, as defined in the Constitution for the United States of America in Art. 1 Sec. 8, Cl 17 and Art. IV, Sec. 3 Cl. 2. I further cancel any presumption that I ever voluntarily elected to be treated as such a citizen or resident.

9.  TAKE NOTICE that I revoke and cancel all of my signatures on any other forms, which may be construed to give the federal communications commission or any other agency or department of the United States Government, created under authorities of Art. 1, Sec. 8 Cl. 17 and Art. IV, Sec 3, Cl. 2 of the Constitution for the United States, authority or jurisdiction over me. I also revoke, rescind and make void ab anitio, all powers of attorney, in fact, in presumption, or otherwise, signed either by myself or anyone else, with or without my consent, as such power of attorney pertains to me, by but not limited to, any and all Governmental/quasi/colorable, public, Governmental entities or Corporations, on the grounds of constructive fraud, and non-disclosure of pertinent facts.

The foundation of Commercial Law is based upon certain eternally just, valid, and moral Precepts and Truths, which have remained unchanged for at least six thousand years, having its roots in Mosaic Law. Said Commercial Law forms the underpinnings of Western Civilization, if not all Nations, law, and Commerce in the world. Commercial Law is non-judicial, and is prior to and superior to, the basis of, and cannot be set aside or overruled by the statutes of any Governments, legislatures, Governmental, or Quasi-Governmental agencies. Courts, Judges, and law enforcement agencies, which are under an inherent obligation to uphold, said Commercial Law.

Equity is commerce between individuals in total agreement, knowingly and willing exchanging goods or services, in good faith and clean hands.

The Plaintiff's intention is to settle and close all obligations pertaining to indebtedness indicated by the Defendants'.

Plaintiff will not, is not, nor never will engage in arguments or banter as the Defendants' continues to demonstrate.

The Defendants' incompetence is displayed by giving testimony as a corporate fiction/Attorney (not real or living, a character), according to the "The Dead Man Statues" and Blacks Law.

*SEE ATTACHMENTS SUPPORTING FACTS*:

A. Birth Certificate and S.S card (2 pages)

B. Affidavit of Copyright (5 pages)

C. Power of Attorney in Fact (3 pages)

D. Affidavit of Domicile (1 page)

E. Appellation and Status Correction {5 pages)

F. Federal Reserve Bank Operating Circular # 10 Sec. 17.1 "Termination" (1 page)

G. House of Viola; Revocable Living Trust Agreement. (5 pages)

H. Certificate of Authority (4 pages)

I. The Buck Act and the United States of America. Real legal evidence of Non- Disclosure. (3 pages)

J. IRC Publication 1212; Redemption and the Original Issue Discount (1099 O.I.D) (4 pages)

K. Birthing and Land Title Written Memorandum (3 pages)

# Jurat

By. Viola D. Garris

Viola D. Garris TTEE/EX
(Non-resident / without the U.S)

Sworn to before me this ___20TH___ day of January, 2023

_____
NOTARY PUBLIC

KEVIN R SUDDUTH
NOTARY
PUBLIC
EXP. Apr. 16
COWETA COUNTY GA

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

**Social Security Administration**
Form SSA-3000 (08-2011)    G84220417





CERTIFICATION OF VITAL RECORD

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HEALTH

CERTIFICATE OF LIVE BIRTH
DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC HEALTH

### DELAYED CERTIFICATE OF BIRTH

JULY 12, 1940

Certificate No. 76-49D

| | | | | |
|---|---|---|---|---|
| **PLACE OF BIRTH** Washington, D.C. | Name of Hospital or Institution (If not in Hospital, give street address) 1017 V Street Washington D.C. | | | |

| | (First) | (Middle) | (Last) | (SEX) | DATE OF BIRTH |
|---|---|---|---|---|---|
| **NAME OF REGISTRANT AT BIRTH** | Viola | Delores | Barris | Female | June 12, 1940 |

| | (First) | (Middle) | (Last) | COLOR OR RACE | BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|---|
| **NAME OF FATHER** | Quinton | | Garris | Black | North Carolina |

| | (First) | (Middle) | (Last) | COLOR OR RACE | BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|---|
| **MAIDEN NAME OF MOTHER** | Viola | | Ganues | Black | North Carolina |

I hereby declare upon oath that the above statements are true to the best of my knowledge and belief.

SIGNATURE OF REGISTRANT (Full Legal Name) OR OF APPLICANT *Viola J. Louis*

PRESENT ADDRESS OF REGISTRANT 1147 Ward Ave Bx. N.Y.

SUBSCRIBED AND SWORN TO BEFORE ME

SIGNATURE OF NOTARY #149691

NOTARY COMMISSION EXPIRES 3/30 19 77

May 26 ...

No. 4502858
Qualified in Bronx County
Commission Expires March 30, 1977

### APPLICANT—DO NOT WRITE BELOW THIS LINE

| | SUPPORTING RECORD #1 | SUPPORTING RECORD #2 | SUPPORTING RECORD #3 |
|---|---|---|---|
| **NAME OF REGISTRANT** | Viola Delores Garris | Viola Garris | Viola Garris |
| **DATE OF BIRTH OR AGE** | June 12, 1940 | June 12, 1940 | 22 |
| **BIRTHPLACE** | Washington D.C. | Washington D.C. | Washington D.C. |
| **FULL NAME OF MOTHER** | Viola Ganues Garris | Viola Garris | |
| **BIRTHPLACE OF MOTHER** | North Carolina | | |
| **FULL NAME OF FATHER** | Quinton Garris | Quinton Garris | |
| **BIRTHPLACE OF FATHER** | North Carolina | | |
| **TYPE OF DOCUMENT** | Affidavit of Personal Knowledge | Certs of Baptism | Childs Birth Record 156-63-206048 |
| **BY WHOM ISSUED AND SIGNED** | Viola Garris (Mother) | Rev. James E. Miles | Carl L. Erbarat Director of Bur. |
| **DATE OF ISSUE** | April 21, 1975 | May 17, 1959 | April 13, 1963 |
| **DATE OF ORIGINAL ENTRY** | June 12, 1940 | June 12, 1940 | June 12, 1940 |
| **ADDITIONAL INFORMATION** | | | |

I hereby certify that no prior birth certificate has been found in the Vital Statistics Section, District of Columbia Department of Public Health for this registrant and that documentary evidence has been reviewed, which substantiates the facts as set forth in the foregoing abstract.

CHIEF, VITAL STATISTICS SECTION *Darlene E. Billard.*

EVIDENCE REVIEWED BY *B W. Raray*

DATE FILED *July 12, 76*

Form 11 PHVS (Rev. Nov., 1961)

P-4630



KEVIN R SUDUTH
NOTARY
PUBLIC
Exp. Apr. 16, 2023
COWETA COUNTY, GA

*Kevin R Suduth*
APRIL 16 2023

DC543877

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Vital Records Division, Department of Health, District of Columbia.

DATE ISSUED

**JULY 15, 2005**

*Julia E. Davidson-Randall*
Julia E. Davidson-Randall, Registrar

WARNING: IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS AN OFFICIAL COPY OF AN ORIGINAL CERTIFICATE.

American Bank Note Company

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





Lien **5174** Pg **590**

# AFFIDAVIT OF COPYRIGHT

FILE FOR RECORD – THIS IS AN INTERNATIONAL NOTICE

RETURN TO:
Viola Delores Garris Bey – Without Prejudice
C/O 7050 john rivers road
Fairburn, Georgia Non-Domestic outside the UNITED STATE,
*Not in any federal zone, territory, possession, enclave etc., and not subject to the jurisdiction
of the United States. Et al.*
Fulton County, State Of Georgia United States of America original jurisdiction.

NOTICE OF DECLARATION IN THE FORM OF A COMMERCIAL AFFIDAIT OF TRUTH
CUSIP#084320524 S.S##### -0524
NOTICE OF COMMON LAW COPYRIGHT, COPY CLAIM, TRADEMARK

This Declaration is made without prejudice:
Re: The legal fiction known as **VIOLA DELORES GARRIS BEY**, any/all derivatives thereof,
I Viola Delores of the House of Garris Bey, the undersigned affiant, a living man upon the land
of Georgia, and not a corporation or legal fiction, etc., born on the continent of America in the
District of Columbia on the twelth(12th) day of June in the year of our Lord 1940, declare that I
of majority and competent to state the matters set forth herein with first-hand knowledge of the
facts and that they are true, correct, not misleading, and certain, admissible as evidence.

- This plain statement of Fact being a matter that must be expressed to be resolved. IN
  Commerce truth is Sovereign. Truth is best expressed in law in the form of an affidavit. A
  uncontroverted affidavit stands as truth in commerce and becomes the judgment, can
  only be challenged by a affidavit item for item signed under penalty of perjury, and can
  be satisfied by payment, agreement, resolution, or by a trial by jury according to the
  common law of the Republic of Georgia.
- I am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.
- The public record being the highest form of evidence, I am creating a public record by
  Declaration of said Copyright by recording with the Fulton County Recorder of Deeds,
  the Georgia commonwealth.
- The person and name known as **VIOLA DELORES GARRIS BEY**, any/all derivatives thereof
  being a legal fiction(s) without form or substance, and without any resemblance to any
  natural born living being, is entirely an intentional commercial Fiction created by the
  alleged de facto government officials and agents of the nul teil COMMERCIAL
  CORPORATION(S) doing business as, but not limited to; the UNITED STATES, USA, US,
  GOVERNMENT OF WASHINGTON D.C, DISTRICT OF COLUMBIA(including any
  agencies/persons claiming jurisdiction over any U.S. territories, possessions, enclaves,
  etc.) et al, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE
  SERVICE(IRS), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS(BATF), FEDERAL
  BUREAU OF INVESTIGATION(FBI), DEPARTMENT OF HOMELAND SECURITY, CENTRAL
  INTELLIGENCE AGENCY(CIA), NATIONAL SECURITY AGENCY(NSA), AMERICAN BANKING
  ASSOCIATION(ABA), AMERICAN BAR ASSOCIATION (ABA), STATE OF TEXAS, STATE OF

1

Lien 5350 Pg 523.

FLORIDA, COMMONWEALTH OF PENNSYLVANIA, ETC., with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and COPRPORATE and GOVERNMENT FICTIONS.

- A copyright, copy-claim and trademark is hereby placed on the name and FICTION known as VIOLA DELORES GARRIS BEY any and all derivative thereof Viola Delores of the House of Garris Bey Declaration of COPYRIGHT/COPY-CLAIMED for **VIOLA DELORES GARRIS BEY©** AI-030368-CN 1 page 1 of 4. Any indentures, debentures, bonds, securities, judgments, warrants and any other kind of commercial paper issued or predicated on the name of the legal Fiction known as **VIOLA DEOLRES GARRIS BEY©**, SHALL BECOME A Security Agreement between the issuing party and the affiant and shall make the issuer liable for damages and penalties as follows:

  1st Any usage shall incur a debt of $1,000 US in Silver Dollar coins convertible at the legal and lawful ratio prescribed by law of 24:1 of the Federal Reserve Notes to Silver Dollars per day per usage per signatory;

  2nd Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve Notes to Silver Dollars per day; and,

  3rd Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist. Anyone placing the copyrighted, copy-claimed and trademarked **VIOLA DELORES GARRIS BEY©** or any derivations thereof on any document which is in any way associated with ME/I AM, the living soul, Viola Delores of the House of Garris Bey, shall ,by such document acting prima facie as evidence of violation, become liable for penalties payable in legal and lawful tender of:

  - Ten ($10,00) dollars US in Silver Coin convertible at the legal and lawful ratio prescribed by law of 24;1 of the Federal Reserve Notes to Silver Dollars per day until Notice is delivered:
  - One hundred($100) dollars US in Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24;1 of the Federal Reserve Notes to Silver Dollars per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three(3") in length, if such notice is published within thirty (30) days of the Notice;
  - One Thousand($1,000) Dollars US in Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of the Federal Reserve Notes to Silver Dollars per day for each day after Notice if such retraction is not published within thirty(30) days of said Notice; and,
  - Notice will be based upon the records of the commercial business that affects delivery.

  **VIOLA DELORES GARRIS BEY©** is the perfected proprietary security for the living soul Viola Delores of the House of Garris Bey, under original common law for one hundred (100) years and is private property for the protection of My Estate, life , liberty, and property.

  Unauthorized possession or use of **VIOLA DELORES GARRIS BEY©** any/all derivatives thereof may be a violation of the State Code for Fraudulent Use or Possession of

2

Lien 51 74 Pg 592

Identifying Information which is punishable by prison and fine.

Any use of **VIOLA DELORES GARRIS BEY©** and any/all derivatives thereof with or without scienter, at the expense of any right, liberty, property, or any part of My Estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum of certain of one (1) million ($1,000.000) Dollars of Legal and Lawful Silver Dollar Coin of the United States, convertible at the Legal and Lawful ratio of 24;1 of the Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present or future restriction for each instance of said unauthorized use.

Placement of VIOLA DELORES GARRIS BEY© on any document associated with My Estate or ME/I AM, Viola Delores of the House of Garris Bey, without my written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I, Viola Delores of the House of Garris Bey, am not an expert in the law, however, I do know right from wrong. If there is any living woman that is being unjustly damaged by any statements herein, he/she will inform Me/I AM, by facts in the form of a **signed and sworn affidavit**. Therefore, I hereby and herein reserve the right to amend and make amendments to the attached instrument as necessary in order that the truth may be ascertained, and proceedings justly determined. If any living soul has information that will controvert and overcome this signed sworn Declaration in this commercial matter, you must advise ME/I AM of the facts in the form of a **signed and sworn Commercial Affidavit** within ten(10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely true ultimate facts of conclusions of law that this affidavit by Declaration is requisite actual law, and not merely true ultimate facts of conclusion of law that this affidavit by Declaration is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration.

Your silence stands as consent to, and tacit approval of, the factual declarations her being established as fact as a matter of law and this Affidavit by Declaration will stand as final judgment in this matter, and for the sum certain herein stated and will be in full force and effect against all parties, due, payable and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me/I AM for violation of My Private Property and for breach of the law, the contract, the Constitutions, in the amount of the sum certain stated herein of two(2) million, five(5) hundred fifty(50) thousand dollars Specie of Gold Coin or lawful coinage of the United States as defined by Article 1, Section 10 of the Constitution of We the People for the United States of America and will be due, payable on the eleventh day, and any day there after as use occurs after filing by Me/I AM, in the public records of Fulton County Of the Republic of Georgia, A Republican Commonwealth.

Further Affiant sayeth Not!
All Rights Reserved,

3

Lien 53350 Pg 525

Lien **51 74** Pg **593**

For: COPY-CLAIM OF VIOLA DELORES GARRIS BEY© and any/all derivatives thereof.

BY: VIOLA DELORES GARRIS BEY©

~~VIOLA DELORES GARRIS~~

Debtor, Grantor

ACCEPTANCE

By ~~Viola D. Garris Bey~~

Honorable Viola Delores of the House of Garris Bey, living soul, sui juris, Agent, a lawful Woman and Attorney-in-Fact for VIOLA DELORES GARRIS BEY©, SECURDED Party, Trustee, Right living Seal thumbprint in red ink. Pursuant to: at Lee County Florida, and "The Law of The Land Warfare" file #549875, book 3681, pages 3945-3949 and book 3681, pages 3956-3958, 3963-3964, and 3869-3970. Also, applicable rule #74, 75, and 79 to knowingly communicate or correspond "without proper authority....",ET AL

## THIS DOCUMENT PREPARED BY Viola Delores of the House of Garris Bey

### ACKNOWLEDMENT/NOTARY

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for this notary is verification and identification only and not for                              entrance into any Foreign Jurisdiction.

# JURAT

FULTON COUNTY   )

SS#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  )
CUSIP#115660334)
STATE of GEORGIA  )

4

Lien **5350** Pg **526**





Lien **5350** Pg **527**
**CATHELENE ROBINSON**
Clerk of Superior Court
Fulton County, Georgia

Lien **5174** Pg **594**
**CATHELENE ROBINSON**
Clerk of Superior Court
Fulton County, Georgia

The above affiant, personally known to Me, or proved to Me on the basis of satisfactory evidence, to be the one whose address(name) and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain and not misleading.

Duly subscribed and sworn on this _____ /3 _____ day of _September_ 2021.

X
Notary Public

Seal

5

Deed Book 64697 Pg 27
Filed and Recorded Oct-22-2021 02:08pm
2021-0326164
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

**POWER OF ATTORNEY IN FACT & HOLD HARMLESS/ INDEMNITY IDENTITY'S**

**KNOW ALL MEN AND WOMEN BY THESE PRESENTS:**

**I, Viola Delores Garris Bey,** herein reference to as PRINCIPAL, in the County of Fulton of sound mind, appoints the living woman known as Viola Delores Garris Bey, a peaceful, non-belligerent, and non-combatant party, as her true and lawful **ATTORNEY IN FACT**. Any and all powers of **ATTORNEY IN FACT - NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY** does supersede any and all former Power of Attorney powers, and furthermore current Powers cures all previous signatures given by principal. In the principal's name, and for the principal's use and benefit, said **ATTORNEY IN FACT** *has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbor and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services such as:*

1) Sell, exchange, buy, invest, *and/*or reinvest any assets *and/*or property *whether by possession and/or ownership,* which may have income production or non-income production assets and property.

2) Open, maintain, and/or close bank accounts: with express provisions for; demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions.
 a. Conduct any business with any depository institution, any repository institution, and all financial institution service providers in particular; all issue agents, all transfer agents, and all payout agents with respect to any of principal's accounts. With express provisions for creation of deposits and withdrawals, acquisition and procurement for all bank statements, passbooks, drafts, money orders, warrants, certificates, stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims, and vouchers; either assignable to, assignable to the order of, payable to, pay to, pay to the order of, or payable to the order of, for the principal by any legal person, body corporate, body politic, body ecclesiastical, and any corporation sole.

b. Perform any act necessary to deposit, negotiate, sell, transfer, or exchange any legal and/or lawful obligation in the style of a note, security, bond, stock, share, of the Treasury of the United States of America, and all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions.

c. Have access to any safe deposit box whether in possession and/or by ownership with the express provision for the contents.

1

Deed Book 64697 Pg   28

3) Take any and all legal/lawful steps necessary to collect any amount or debt due and/or past due, and/or to settle any claim, whether made against or *from affirmation* on behalf of principal against any other person or entity.

4) Exercise all stock rights as proxy, *with these express provisions for* all rights, *privileges, and powers* with respect to stocks, bonds, debentures, *and/*or other investments.

5) Maintain and/or operate any business, personal property, and *ownership* interests of, with, for, and by principal. 6) Purchase and/or maintain insurance, *re-insurance,* and/or bond rights herein.

7) Enter into *legal and lawful bound* contracts on behalf of principal.

8) Employ professional and business assistance as may be appropriate.

9) Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's property *whether as current ownership, possession holder, and/or as potential acquisition and procurements of ownership ond/or possession placement, with the express provision for* real estate, real estate rights, *privileges, powers, without limit to* the right to remove tenants and/or to recover possession *and settlement.* This *express provision without limit is also for* the right to sell and/or to encumber any current homestead *possession and/or* ownership *and*/or *potential possession and/or ownership.*

10) Transfer any of principal's assets to the trustee of any *style of c'est qui trust and/or foreign situs trust; whether it be deed of trust, express trust, irrevocable trust,* revocable trust, *and/or any other legal and/or lawful* creation by principal, *whether or not said* such trust is in existence at the time of such transfer.

11) Prepare, sign, and file documents with any governmental body or agency, *with the express provision without limit as* authorization to *implement account science of units of exchange and units of account for all depository and repository events:*
a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information *and/*or documents from any government *and/*or its agencies; and negotiate, compromise, *and/*or settle any matter with such government *and/*or agency *for any/all lawful* tax matters.

c. Prepare applications, provide information, and perform any other act *which is a* reasonable request by any government *and/*or its agencies *whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider, and lawful re-insurance provider* in connection with governmental benefits *with the express provision for* military *benefits,* social security benefits, *health benefits.*

12) Make gifts from assets to members of family and to such other persons *and/*or charitable

2

organizations with whom principal *does* establish *a* pattern *to provide gifts.* The Principal hereby appoints Viola Delores Garris Bey, the living woman, a peaceful, non-belligerent, and non-combatant party; of South Fulton City here in the State of Georgia, Country of America, as substitute Authorization Representative and for the sole purpose *to provide* gifts of property to said **ATTORNEY IN FACT**, as *the event does* deem *to be* appropriate.

(13) Disclaim any interest that might otherwise be *a* transfer or distribution to principal from any other person, estate, trust, *and/*or other entity, as may be appropriate. Said **ATTORNEY IN FACT**-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said **ATTORNEY IN FACT** *is given grant for* a **HOLD HARMLESS and FULL INDEMNITY** *stance in law,* in good faith *performance of duty as active action through* the **authority of this Power of ATTORNEY IN FACT**. Principal authorizes said **ATTORNEY IN FACT** to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document. **Herein given through gift and by grant** to said **ATTORNEY IN FACT** full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the current events and their continuation as fully to all intents and purposes as principal might or could do if personally present.

All that said **ATTORNEY IN FACT PEACEFUL, NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY** shall lawfully do or cause to be done under the authority of this power of **ATTORNEY IN FACT** is *express emergency approval.* **ALL VALID BY THE PRESCRIPTION OF THE LAW OF NECCESITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD; PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION**

Viola Delores Garris Bey© Executed this 15th day, of Sept 2021.

©Viola Delores Garris Bey Living Woman; Jus Soli; Sui Juris Power of Attorney-In-Fact;

Master Account Holder; Principal Secured Party; Holder-In-Due-Course for Title, Lien, and Bond of the private property held in    "VIOLA DELORES GARRIS BEY©" POWER OF ATTORNEY IN FACT

NOTARY PUBLIC
FELICIA TURNER
Exp. 09/01/2022
CLAYTON, GA

Notary

unofficial witness:

by:
without prejudice
Michael P. Richardson-EZ

3



Deed Book 64697 Pg 30
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

*Republic of Georgia*

# *AFFIDAVIT OF DOMICILE*

I _Viola D. Garris_, *BEING DULY SWORN, HERBY SFFIRM UNDER PENALTY OF PURGURY, ON THIS 15th DAY OF Oct 20 21, THAT I AM THE:*

*EXECUTOR*

✓ *ADMINISTRATOR*

*HEIR*

*SURVIVOR*

*TRUSTOR*

*TRUSTEE*      Viola Delores Garris

*OF THE ESTATE OF House of Viola (DECEDENT). THE PURPOSE OF THIS AFFIDAVIT IS TO SECURE THE TRANSFER OR DELIVERY OF SECURITIES, PRIVATE PROPERTY, ASSETS, CREDITS AND TAX DEBTS REGISTERED IN THE DECEDENTS NAME AT THE TIME OF DEATH, AS WELL AS THE CERIFICATE OF PROOF OF DEATH FOR ACQUISITION OF THE ESTATES PRIVATE PROPERTY pursuant to USC Title 31 sub. Section 3128;Proof of Death supporting payment.*

*THE DECEDENT DIED ON June 12th, 1940 At the time of death, the decedent's inhabitance was 7050 John Rivers Road, somewhere in the city of South Fulton, Republic of Georgia(NON-DOMESTIC/WITHOUT THE U.S) [30213]. THE DECEDENT lived at this location for _____ years prior to death and was not a resident of any territory in the United States. The decedent was/is an indigenous inhabitant of the Americas (North, Central, and South) at the time. The Decedents Social Security number is 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.*

Marvin Wooley
Notary Public

Buf Viola D. Garris
*Affiant Saith Not*

MARVIN WOOLEY
NOTARY
PUBLIC
COMMISSION
EXPIRES
Jan. 21, 2023
DEKALB COUNTY GA



# DECLARATION OF STATUS

DECLARATION OF STATUS Of Viola Delores Garris
Original Document Restoration of Former Status
From being a Public "United States" citizen as of March 9, 1933;
Moreover, a Taxpayer/Bondman put to Tribute as of September 8. 1936.

To becoming once again:
A PRIVATE Citizen of the UNITED STATES OF AMERICA: an "American National"
Under Section 1 of the 14th Amendment: Constitution of the United States of America

Viola Delores Garris: American National
Private Citizen of the United States c/o USPS: 7050 john rivers road Fairburn, Georgia 30213
Excepted [2758] Phone:770-969-3627 mobile 404-314-4700 Email: vdgsix40@gmail.com
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++

Declaration of Status of Viola Delores Garris: Pre 1933
Private American National Citizen of the United States of America and Declaration of
Mistake Maxims: "Equity regards as done that which ought to have been done." Equity will
not aid a volunteer, Equity will not complete an imperfect gift. Equity will not suffer a wrong
to be without a remedy. Equity will not permit a statue to be used as an instrument of fraud.
An un-rebutted Declaration point by point stands as Truth.

Coming in peace, and granting peace to all men,
Accordingly, I Viola Delores affiant formerly known as Viola Delores Garris in some cases, in esse
and sui juris, by good reason and good conscience, hereby make oath, depose and declare that
the following facts are true, correct and complete to the best of my knowledge and belief.

I, Viola Delores Garris, do solemnly declare and affirm the following historical facts and
distinctions with regard to the status of de jure **Private American National citizenship** (said
original federal citizenship, secured by Article IV, Section 2 of the Constitution of the United
States, having been broadened into national citizenship by Section 1 of the 14th Amendment of
the Constitution of the United States of America) and on the other hand, a state-created,
statutory, de facto Public **"U.S Citizenship", as a basis enabling a correction of mistake by this
Declaration.** This de facto Public U.S citizenship, being in substance likened to a privileged
Roman citizenship, would enable the constitutionally de jure civilian government of the United
States (having been constitutionally altered from being a de jure "Federal" government to a de
jure "National" government by the 14th Amendment, 1968) to be replaced with a
Congressionally-created, statutory, de facto Emergency War Powers military government of the
United States on March 9, 1933. This current de facto government in many ways has in fact
replaced the constitutional, de jure jurisdiction of the United States, the "United States " being
the collective name of the states which are united by and under the constitution." (Hooven &
Allison Co. v. Evatt, 324 U.S 652,672), replacing it with a de facto jurisdiction of the United
States". (Hooven & Allison Co. v. Evatt, supra, 671).

1

**This in effect then, leaves only exclusive /American Equity Jurisdiction operable for remedies required by the Private American National Citizen, the posterity of the People that created these United States.**

Further, that unilateral contract was the application for birth certificate "Certificate of Live Birth" –by operation of law–would be the contract to alter de jure Private American National Citizenship to be de facto Public "U.S. Citizen". With this presumption of fact of an existing contract held by every individual Public "U.S. Citizen" (holding its Private American National Citizen to the United States of America as Property and Surety). Every court legally sits in martial, concurrent jurisdiction (in which the forms of Law and Equity have been merged) enforcing the state of an Emergency War Powers Congress. This de facto status enables and obligates all federal and state courts to sit in this state of emergency, subverting the Common Law jurisdiction of the United States (as per Section 1 of the 13th Amendment, and Section 1 of the 14th Amendment) by rendering ineffective, the constitutional status of de jure Private American National Citizens of the United States of America (Section 1 of the 14th Amendment). AS of March 6, 1933, all Public "U.S. Citizens" –with their Surety/Property, Private American National Citizens- were seized as booty of war by President Franklin D. Roosevelt's martial, Emergency War powers Proclamation 2039 which practically overthrew the Sovereignty of the people of the U.S.A, reducing them to being mere property of a de facto military government sitting in Washington, D.C to be treated as "rebels and belligerents" living in the fifty States deemed by Conqueror/Commander-in-Chief to be merely "occupied territories", the seized state governors ruling their de facto military governments in subordination to Washington D.C. Therefore, finding this situation of statutory-altered, Private American National Citizenship status intolerable, unconscionable, and a variance, in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity. I, Viola Delores Garris, do make oath, solemnly declare and affirm:

1st **WHEREAS,** the FRANCHISE, CORPORQTE SOLE,
Cesti Que Trust, via the "application for birth certificate and/or the BIRTH CERTIFICATE" (hereinafter BIRTH CERTIFICATE) being in fact a unilateral contract under seal, was created and offered legally through deceit, in effect, alters, within the current, government, the status of "We the People", which includes every individual Private American National Citizen: first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and our sacred honor.
2nd **WHEREAS,** The true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable by "We the People", adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, de facto military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);
3rd **WHEREAS,** The true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the legal birth of the quasi-corporate, artificial person/Public "U.S Citizen" created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filled with a public office of the

baby's state of live birth);

4th **WHEREAS,** the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American Natural Citizen as Surety, for, and personal property, of the state created, artificial person/Public "U.S. citizen",

5th **WHEREAS,** the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of the Census, a division of the Department of Commerce in Washington D.C., placing the NAME of the PUBLIC "U.S Citizen" into interstate and foreign world commerce as a statutory, legal, 'person' (as corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen", i.e the Private American Citizen;

6th **WHEREAS,** THE Secretary of State (of the several states) charters corporation and issues franchises, therefore, any natural born citizen/Private American National Citizen with a **BIRTH CERTIFICATE** is liable to the Franchise Board of the States' Department of Revenue for income/excise/privilege taxes as well as being liable to the Internal Revenue Service collecting internal revenue for the "Federal Corporation" of the United States (28 USC 3002 {IS}(A) via excise/income/privilege taxes in payment of the interest of the national debt(proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7th **WHEREAS,** THIS birth certificate, functioning as a **BUSINESS INSTRUMENT**, has deceived the Private American National Citizen, **VIOLA DELORES GARRIS** allegedly named on said certificate, into an unknown and covert implied contract by operation of law, and had placed Affiant and fellow Private American National Citizen under an alien, foreign, and yet "temporary", de facto military jurisdiction of the United States created at first by the" Emergency Banking Relief Act", in its initial paragraphs containing a congressionally-amended **WW1** statue known as "**Trading with the Enemy Act**" and codified as 12 USC 95(a), and secondly by then President Franklin D. Roosevelt's **Emergency War Powers Proclamation 2040** decreed on March 9, 1933;

8th **WHEREAS,** the above de facto jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (IN FORM) sitting in a **martial Roman Equity/At Law (IN SUBSTANCE)**, they are no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law civilian due process, but rather the mode of a Roman Civil martial due process that, if unchallenged by producing state-filed public records and other prima fascia evidence, will confer martial jurisdiction over the accused, being then forced to plead in a court imposing martial due process and procedure derived from a congressionally-amended **World War 1** statue as of March 9, 1933, the judges, federal and state, acting on behalf of the de facto military dictator/Commander-in-chief sitting in Washington D.C;

9th **WHEREAS,** upon public filing of the BIRTH CERTIFICATE with its attached Private American Natural Citizen serving as Surety and personal property, another "source" was created that would generate "income" which could then be income/privilege/excise taxed; the natural person baby/Private American National Citizen now wedded to his new artificial person/"U.S Citizen" as its property and subordinate Surety, the new "source" (deemed a "rebel" and "belligerent" residing according to state statue in a state deemed an occupied territory") being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers Congress(1933-present) to regulate without limited interstate and foreign commerce pursuant to Article 1,Section 8, clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now 2022 in its eighty eight(88th) year;

10th **WHEREAS,** Affiant, a Private American Natural/National Citizen, has presently ceased to be Surety for the personal property of the Public "U.S citizen" **Viola Delores Garris** " by means of a

duly filed "**Release With Consideration**"- **Nunc Pro Tune Ab Initio**", and "**Rescission of Signatures of Suretyship-Nunc Pro Tune Ab Initio**", thereby returning to the former status of being a Private American Natural/National Citizen held for less than twenty(20) days after Affiant's **NATURAL BIRTH**;

11TH **WHEREAS,** Affiant in esse, has irrevocably separated himself from the state-created FRANCHISE, COPRPORATE SOLE, "United States Natural/National Citizen", created by means of a publically filed BIRTH CERTIFICATE, hereby revokes all power, including but not limited to, Power of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant does not consent and is not a party to President F.D. Roosevelt's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "**EMERGENCY BANKING RELIEF ACT**" and then thereby amending the "**TRADING WITH THE ENEMY ACT**".

Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being Public U.S citizens), having discharged all **de facto Emergency War Power Military Governments**, federal and state, from any duty or obligation arisen from Affiant being the Property/Surety for and/or wedded to the state-created hybrid, the federally owned Public "U.S. citizen" in service to Washington D.C., for commerce and war,

12th **WHEREAS, I Viola Delores Garris**, have returned to my former status of being an **American Freeman and an American National in Equity, i.e. de jure Private National/Natural Citizen of the United States under Section 1 of the 14th Amendment and therefore stand "in personam", "in esse" and sui juris, possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill Of Rights, all constitutional rights(Federal and State) and all Common Law rights of a de jure Private Citizen of the United States/ American National, no longer under the legal disability of being the Property/Surety for and/or wedded to a de facto, state-created, Public "U.S. citizen" owned by the Federal de facto Military Government of the United States;**

13th **WHEREAS, I, Viola Delores Garris, am no longer the property/Surety for and/or wedded to a de facto "Public U.S. citizen" (which is "alien juris"), therefore, no longer under the de facto jurisdictional power of statutorily-created, de facto Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto "**Public U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a states deemed "occupied territory", and therefore no longer under the paternal guardianship of **de facto Emergency War Powers Governments(federal and state)** as those absolute, paternal powers are exercised towards "infants, children and wards", and the de facto" Public U.S. citizens"

14th And so **Viola Delores of the House of Garris** a.k.a **Viola Delores Garris,** hereby present my renunciation, as to any implied allegiance to the de facto "United States".

**THEREFORE**, based upon the foregoing, I, **Viola Delores Garris, "in esse and sui juris"**, do make oath, solemnly declare and affirm the following positive averments:

1st I am one of the **Posterity of "We the People"** by whom and for whom the Constitution was originally ordained and established according to its Preamble, holding de jure Private American National/Natural Citizenship conferred upon my natural birth by Section 1 of the 14th Amendment of the Constitution for the United States.

2nd My proper name at Common Law is "**Viola Delores**", my surname/family name is "**Garris**", I

am also known by the name "Viola Delores Garris".

3rd My proper name "Viola Delores Garris" is spelled in both upper case and lower case letters, without capitonyms

(without using all capital-lettered name), in accordance with proper rules of English grammar.

4th I was naturally born on June 12th(twelfth), the year of our Lord Nineteen Hundred and Forty (1940) and was called Viola Delores Garris for many years. My natural and legal parents names are Viola of the House of Garris and Quinton of the house of Garris, who unknowingly and by mistake subjected myself, as a newborn baby, to this Emergency War Powers Government; to be unconscionably and mistakenly on Public Record

By: _____ on this day of 13th March, in the year of our Lord, 2021

Felicia _____
Notary

FELICIA TURNER
NOTARY
PUBLIC
Exp. 09/01/2022
CLAYTON, GA

5



on the sender and will not be met by a transmission report generated by the sender's facsimile machine);

(c)     if sent by certified or registered mail (airmail, if overseas) or the equivalent (return receipt requested), on the date that mail is delivered or its delivery is attempted;

(d)     if sent by electronic messaging system, on the date that electronic message is received;

(e)     if sent by e-mail, on the date that e-mail is delivered; or

(f)     if by telephone or other oral communication, on the date that oral communication occurred, provided that such oral communication either is confirmed promptly in writing by at least one of the methods specified in (a) to (e) above or is recorded,

unless the date of the delivery (or attempted delivery), the receipt or the occurrence, as applicable, is not a Business Day or that communication is delivered (or attempted), received or shall have occurred, as applicable, after the close of business on a Business Day, in which case that communication shall be deemed given and effective on the first following day that is a Business Day.

**16.2**     If sent to the Borrower, the notice must be addressed as indicated by the Borrower in the Letter of Agreement, or as otherwise specified by the Borrower in a record. If sent to the Bank, the notice must be addressed to the credit function at the Bank's head office or as otherwise specified by the Bank.

## 17.0  TERMINATION

**17.1**     The Borrower may terminate its consent to be bound by the Lending Agreement by giving written notice to the credit function at the Bank's head office or as otherwise specified by the Bank, so long as no Advance is then outstanding.<sup>*</sup> Notice of termination does not release the Borrower or affect the Bank's rights, remedies, powers, security interests or liens against Collateral in existence prior to the Bank's receipt of the notice, nor does notice of termination affect any provision of the Lending Agreement which by its terms survives termination of the Lending Agreement.

**17.2**     Upon termination, the Bank may retain Collateral until the Bank has had a reasonable opportunity to verify, in accordance with its normal customs and procedures, that all of the Borrower's Obligations, contingent or otherwise, to the Bank or any other Reserve Bank have been fully satisfied and discharged.

---

*     Collateral arrangements, including arrangements with securities intermediaries, such as Euroclear or Clearstream, and third-party custody and Borrower-in-Custody arrangements may have their own termination provisions.

Deed Book 65578 Pg 458
Filed and Recorded Apr-22-2022 03:17pm
2022-0163689
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

# Revocable Living Trust Agreement

Revocable Living Trust Agreement for a Grantor, also serving as Trustee,
for the lifetime use of Grantor, then to others

This Revocable Living Trust Agreement is made this 22nd day of April, in the year of 2022, between Viola D. Garris Bey of address 7050 John Rivers Road, City c/o Fairburn, State of Georgia, herein referred as Grantor, and Deborah T. Mitchelson of 7030 John Rivers Road, City c/o Fairburn, State of Georgia, herein referred to as Trustee.

**WHEREAS,** Grantor is now the owner of the property described in Exhibit A attached hereto and made a part thereof;

**WHEREAS,** Grantor desires to make provision for the care and management of such property, and the collection of the income therefrom, and the disposition of both such income and such property in the manner herein provided:

**NOW THERFORE,** for the reasons set forth above, and in consideration of the mutual covenants set forth herein, grantor and trustee as follows:

1. **Transfer of property:** Grantor, in consideration of the acceptance of the trust herein created, hereby conveys, transfers, assigns, and delivers to trustee, his/herm successors in trust and assigns, the property described in Exhibit A attached hereto and made a part thereof, by this reference, which property, held by trustee hereunder, is herein referred to as trust Estate. Grantor and any other persons shall have the right at any time to add property acceptable to trustee to this trust and such property, when received and accepted by trustee, shall become a part of the trust estate.

2. **Disposition of Income and Principal:** Trustee shall care for and manage the trust estate and collect the income derived therefrom, and, after the payment of all taxes and assessments thereon and all charges incident to the management thereof, dispose of the net income therefrom and corpus thereof, as follows:

During the lifetime of grantor the trustee may pay income of the trust estate and such portions of the principal as the granter from time to time may direct to the grantor, or otherwise as he/she directs during his/her life. After the death of grantor, the trustee or successor trustee shall distribute the trust estate to the following beneficiary or beneficiaries who shall survive the grantor:

Deed Book 65578 Pg 459

**IN WITNESS WHEREOF**, Grantor, and trustee have executed this Agreement on the above date written.

Grantor _____ Trustee(s) _____
VIOLA D. GARRIS                     DEBORAH T. MITCHELSON

Witness (1) _____

Witness (2) _____

Sworn and subscribed before me this 22ND day of APRIL, in the year of 2022.

_____
NOTARY PUBLIC

My Commission expires: APRIL 16 2023

# BENEFICIARIES

**DAMON L. RODRIGUES**

**TIANI L. BECKFORD**

**TREVOR K. RICHARDSON**

**MICHAEL A. RICHARDSON**

**MILAN M. RICHARDSON**

**ANIA L.R. RICHARDSON**

**AVAIA   RICHARDSON**

**AMINA   RICHARDSON**

**ANTONI MITCHELSON**

---

The share of any beneficiary who shall be under the age of 18 years shall not be paid to such beneficiary  but shall instead be held in trust to apply to his/her use all the income thereof, and also such amounts of the principal, even to the extent of all, as the trustee deems necessary for suitable for the support, welfare and education of such beneficiary, and when he/she attains the age of 18 years, to pay him/her the remaining principal, if any.  If any beneficiary for whom a share is held in trust should die before having received all the principal thereof, then upon his/her death the remaining principal shall be paid to his/her then living child or children, equally if more than one, and in default thereof, to the then living descendants of the grantor, per stirpes. No interest hereunder shall be transferable or assignable by any beneficiary, or be subject during his or her life to the claims of his or her creditors. Notwithstanding anything herein to the contrary, the trust hereunder shall terminate no later than twenty-one (21) years after the death of the last beneficiary named herein.

**3. Revocation and Amendment:** The grantor may, by signed instrument delivered to the trustee, revoke the trust hereunder, in whole or in part, or amend this agreement from time to time in any manner.

**4. Successor:** In the event of the death or incapacity of trustee, I hereby nominate and appoint as successor trustee MICHAEL R. RICHARDSON EL of address c/o 7050 John Rivers Road, Fairburn, GA., non-domestic.

In the event the successor trustee does not serve I appointment whoever shall at the time be the first designated beneficiary hereunder. The trustees and their successors shall serve without bond.

**5. Trustee acceptance:**  This trust has been accepted by trustee and will be administered in the State of Georgia and its validity, construction, and all rights there under shall be governed by the laws of that state.

Deed Book 65578 Pg 461

Deed Book 42164 Pg 185

Order ID: 2095372

Loan No.: 6537218072

## EXHIBIT A
## LEGAL DESCRIPTION

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 152 OF THE 7TH DISTRICT OF FULTON COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY RIGHT-OF-WAY OF JOHNS RIVER ROAD (HAVING A 60 FEET RIGHT-OF-WAY) A DISTANCE OF 2619.5 FEET SOUTH OF THE POINT FORMED BY THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY LINE OF JOHNS RIVER ROAD AND THE SOUTHERLY RIGHT-OF-WAY LINE OF RIVERTOWN ROAD; RUNNING THENCE NORTHERLY 89 DEGREES 57 MINUTES EAST A DISTANCE OF 300.00 FEET TO AN IRON PIN FOUND: RUNNING THENCE SOUTH 86 DEGREES 43 MINUTES 43 SECONDS EAST A DISTANCE OF 102.28 FEET TO AN IRON PIN FOUND: RUNNING THENCE SOUTH 04 DEGREES 40 MINUTES 53 SECONDS EAST A DISTANCE OF 241.44 FEET TO AN IRON PIN FOUND; RUNNING THENCE NORTH 89 DEGREES 09 MINUTES WEST A DISTANCE OF 100.00 FEET TO AN IRON PIN FOUND; RUNNING THENCE NORTH 00 DEGREES 51 MINUTES WEST A DISTANCE OF 45.60 FEET TO AN IRON PIN FOUND; RUNNING THENCE 05 DEGREES 26 MINUTES WEST A DISTANCE OF 2.20 FEET TO AN IRON PIN FOUND; RUNNING THENCE SOUTH 89 DEGREES 57 MINUTES WEST A DISTANCE OF 302.20 FEET TO AN IRON PIN FOUND; RUNNING THENCE NORTH 05 DEGREES 26 MINUTES WEST A DISTANCE OF 200.00 FEET TO AN IRON PIN FOUND ON THE EASTERLY RIGHT-OF-WAY LINE OF JOHNS RIVER ROAD AND THE POINT OF BEGINNING; ALL AS SHOWN ON SURVEY BY PERIMETER SURVEYING CO., INC., DATED APRIL 3.

APN: 0700170000166

810031.1-1.36



Addendum

'H

Lien  5350 Ps  519

Lien  Book  Number  5174

Pg. 587

## CERTIFICATE OF AUTHORITY, PAGE 1

## AMENDMENT OF BIRTH DATE

Viola Delores of the House of Garris
Date of Nativity 1940-06-12
I Viola Delores Garris , hereby make this amendment to correct my date
of birth, on the the original Certificate of Authority filed in this court on
October 28, 2021.



By: Viola D. Garris

Sworn to before me this ___26TH___ day of April, 2022

NOTARY PUBLIC

KEVIN R SUDDUTH
NOTARY
PUBLIC
Exp. Apr. 16, 2023
COWETA COUNTY, GA

1

Lien  51 74 Pg  587

# CERTIFICATE OF AUTHORITY

Request for private banker's license with regards to S.S. Estate
**Viola Delores Of the House of Garris Bey**
Date of Nativity ~~1900 00-29~~ *6/12/1940*
**Domicile Non Domestic Private Post**
c/o 7050 John Rivers road, in Fairburn, Georgia Republic,
in County of Fulton
Non-domestic without the 14th Amendment

## Estate Trust
**VIOLA DELORES GARRIS**
Reg. Date *Oct. 15, 2021*
File# *2021 - 0320481*
**DECREE ORDERS BY TESTIMONY**
*These involuntary Pledge/Lease VIOLA DELORES GARRIS belonging to the
private named woman and or child, were fraudulently and involuntarily pledged
into the (military) 'civil service' and are subject to and under the trading with the
enemy hence public domain, for continuance of 'avatar public business' on behalf
of the United States. Its indisputable that these ALL CAP names avatars are
'private property leased' from the 'original depository, the living woman or child'
with regards to the following statement (the unknowingly (Head Count) civilian in
a martial law system 1861-2017).*

*Your Constitutional office is hereby ordered by decree on behalf of these estate
interests, that the US Treasury shall rescinded and withdraw from unsecured
public civil service and the public domain (to be ordered, privately sealed),
therefore, the administrative agencies of the UNITED STA TES shall make the
return all of the rights, titles and interest and royalties, custodial, warehoused
and kept thru the involuntary lease (excise duty and obligation) agreement.
A full  payment for involuntary usufructories, shall be paid back to the private
estate source, hence the lender of the name and assets Viola Delores Garris Bey.
The UNITED STA TES TREASURY shall immediately approve and license the
principal account holder as exclusive authority ... Viola Delores Garris Bey, on
behalf of the civilly deceased entities VIOAL DELORES GARRIS  and shall be
acknowledged as acting in the capacities of 'private banker source'(creditor)
ESTATE-EIN aka 'a national banking association' for use by the Original
Depository identified on this Certificate of Authority.*

*You are hereby ordered to vacate the blocks status, and return the controls of
these as-set-accounts and make the 100% financial adjustments as to only
authorize party and license of the newly create estate, the 'principal account
holder'. You are ordered by decree to discharge and pay all debt public and
private related to these accounts, and return the accounts back into balance of
zero daily.*
*You are to provide ledgering of all financial tronsactions as to support the*

1

Lien  5350 Pg  520

Attorney of fact ond records by sending a ledger once a month as to the accuracy of the accounts.

The UNITED STATES TREASURY shall administrate the above Estate Trust assets held in special trust on behalf of the fee simple owner, in its original jurisdiction, standing without the fatal flaws of the 14th Amendment. All other third parties are ordered to stand down und are prohibited from any further uses of these accounts without expressed written consent by the principal account holder Viola Delores Garris Bey, hence lawful contract laws.

I Viola Delores have caused this action, decree orders, directives, instructions and claim for and on behalf of the civilly dead avatar VIOLA DELORES GARRIS and I am hereby am acting as power of attorney 'estate representative', to have a voice and to represent lawful payments, privately and publicly as to its original intent by congress thru the HJR 192, Public law 7310, Stats at large 10 volume 48 pages '1 -112 to pay all debts publicly and privately under the full faith and credit of this nation.

I hereby certify that I am the exclusive principal heir, the only first in line party of interest, which has a absolute full and complete 100% equitoble claim of authority, on all assets therein.

The foreign duty and excise tax is hereby authorized to be paid during these administrative processes (a reversion) as to assist in the release of these accounts back to the original party of interests (a remainder), and thru the reorganization of NESARA of the United States (going gold back US notes), the terminations, dissolution of unsecured (debtor) status and classifications of these accounts merged into the estate as res. These accounts are hereby forbidden for usufructory use of third party interveners.

Providing no lawful contract is equal to commercial robbery without authority to do so.

From this point forward, the Office of VIOLA DELORES GARRIS, ESTATE-EIN:87-6684271 is to be acknowledged as to the permonent account holder with 100% decisions on release of asset, that all assets are to be merged and deposited into safekeeping for future use of the estate.

You are directed to open a sealed account on behalf of the estate, naming the POA herein numerated as the exclusive representative and registered agent contact. FULL AND COMPLETE LEDGER OF ACCOUNTING MUST BE PRESENT BY THE US TREASURY of past transactions, for further adjudication on behalf of the leasers on the private name and estate purposes.

VIOLA DELORES GARRIS, 'national banking association'
Activated Federal Reserve Account number 084320524(22)(32) with Routing numbers as follows:

1) Bureau of Public Debt Routing#:051735158 (Payment of Debt)
2.Dispersal Unit-New York Routing#:021050466 (Paying debt/Purchases/Money Transfers)
3.America's first Ferderal Credit Union routing#:262083881

Lien   51 74 Pg   589

*3 Fed-Wire#: 0710-0030-1*

*The UNITED STATES shall immediately settle all presentments of debt using the sealed SSN account, therefore make the return of the interest/lease back to the Original Depository and issue the "Charge Card" for use by the Certificate holder to charge the account to facilitate the immediate discharge of debts as it arises and make a full account.*
*The UNITED STATES shall immediately deliver the delinquent rent, which has been held in abeyance in, in a currency of value.*

# Registration of Intent

*The request for issue of a Certificate of Authority by the above referenced American Original Depository establishes the Original Depository's Intent To Withdraw His Divine Estate from the Military Industrial Complex, discharge the debt in the settlement of the account and return to original jurisdiction. It is clear that the above reference American Original Depository's intent is to overcome all of the assumptions of his status and re-establish himself as a living being, American Original Depository's return from being lost in a sea of illusion to redeem their Divine Estate and return to original jurisdiction. Notice to principle is notice to agent, Notice to agent is notice to Principle. Evidence of the issue of this Certificate of Authority is maintained by, Viola Delores Garris bey for verification at any time.*

By: _____
*In good faith and clean hands*

3

Lien  5350 Pg  522



# The Buck Act and The united States of America.

A map of the united States of America. It includes the 50 sovereign and independent states who are freely associated together in a union. It does NOT include the "District of Columbia," which was created by the Constitution of the Union as the legal home of the "federal" government. That government was intended to be a "servant" to the Union States, not their "Master!"

In order for the Federal Government to tax a Citizen of one of the several states, they had to create a contractual nexus. This contractual nexus is called "Social Security." The Federal government always does everything according to principles of laws.

In 1935, the federal government instituted Social Security. The Social Security Board then, created 10 Social Security Districts creating a "Federal Area" which covered the several states like an overlay.

In 1939, the federal government instituted the "Public Salary Tax Act of 1939," which is a municipal law of the District of Columbia, taxing all Federal and State government employees and those who live and work in any "Federal area."

Now, the government knows it cannot tax those Citizens who live and work outside the territorial jurisdiction of Article I, Section 8, Clause 17, or Article IV, Section 3, Clause 2.

So in 1940, Congress passed the "Buck Act" 4 U.S.C.S. 104-113. In Section 110(e), this Act allowed any department of the federal government to create a "Federal Area" for imposition of the Public Salary Tax Act of 1939, the imposition of this tax is at 4 U.S.C.S. section 111, and the rest of the taxing law is in Title 26, The Internal Revenue Code. The Social Security Board had already created an overlay of a "Federal Area."

As a result, the Federal Government created Federal "States" which are exactly like the Sovereign States and occupies the same territory and boundaries, but whose names are capitalized versions of the Sovereign States. (Remember that Proper Names and Proper Nouns in the English language have only the first letter Capitalized.) For example, the Federal "State" of ILLINOIS is overlaid upon the Sovereign State of Illinois. Further, it is designated by the Federal abbreviation of "IL", instead of the Sovereign State abbreviation of "Ill." So too is Arizona designated "AZ" instead of the lawful abbreviation of "Ariz.", "CA" instead of "Calif.", etc. If you use a two-letter CAPITALIZED abbreviation, you are declaring that the location is under the jurisdiction of the "federal" government instead of the powers of the "Sovereign" state.

As a result of creating these "shadow" States, the Federal government assumes that every area is a "Federal Area," and that the Citizens therein are "Federal" citizens.

4 U.S.C.S. section 110(d). "The term `State' includes any Territory or possession of the United States." 4 U.S.C.S. section 110(e). "The term Federal area means any lands or premises held or acquired by or for the use of the United States or any department, establishment, or agency of the United States; any federal area, or any part thereof, which is located within the exterior boundaries of any State, shall be deemed to be a Federal area located within such State."

There is no reasonable doubt that the federal "State" is imposing directly an excise tax under the provisions of 4 U.S.C.S. Section 105 which states in pertinent part:

"Section 105. State and so forth, taxation affecting Federal areas; sales and use tax" "(a) No person shall be relieved from liability for payment of, collection of, or accounting for any sales or use tax levied by any State, or by any duly constituted taxing authority therein, having jurisdiction to levy such tax, on the ground that the sale or use, with respect to which tax is levied, occurred in whole or in part within a Federal area; and such State or taxing authority shall have full jurisdiction and power to levy and collect any such tax in any Federal area, within such State to the same extent and with the same effect as though such area was not a Federal area." "Irrespective of what tax is called by state law, if its purpose is to produce revenue, it is income tax or receipts tax under the Buck Act [4 U.S.C.S. sections 105-110]."Humble Oil & Refining Co. v. Calvert, (1971) 464 SW2d. 170, affd (Tex) 478 SW2d. 926, cert. den. 409 U.S. 967, 34 L.Ed2d. 234, 93 S.Ct. 293

Thus, the question comes up, what is a "Federal area?" A "Federal area" is any area designated by any agency, department, or establishment of the federal government. This includes the Social Security areas designated by the Social Security Administration, any public housing area that has federal funding, a home that has a federal bank loan, a road that has federal funding, and almost everything that the federal government touches though any type of aid. Springfield v. Kenny, (1951 App.) 104 NE2d. 65.

This "Federal area" attaches to anyone who has a social security number or any personal contact with the federal or state governments. Thus, the federal government has usurped Sovereignty of the People and state Sovereignty by creating these federal areas within the boundaries of the states under the authority of the Federal Constitution, Article IV, Section 3, Clause 2, which states:

"2. *The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States, and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular State.*"

Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity" Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

Under the "Buck Act" 4 U.S.C.S. sections 105-110, the federal government has created a "Federal area" within the boundaries of all the states. This area is similar to any territory that the federal government acquires through purchase or conquest, thereby imposing federal territorial law upon those in this "Federal area." Under federal territorial law as evidenced by the Executive Branch's yellow fringed merchant law flag flying in schools, offices and all courtrooms.

So, when you send mail using the two-letter CAPITAL abbreviation for the state, you are addressing the corporate shadow state created by the Buck Act as an extension of the federal District of Columbia, and you are accepting the jurisdiction of the FEDERAL Government within the borders of the Sovereign States!

Then, to really lock down their control, the federal government created an artificial PERSON to whom they could address all of their demands. This person is Your Name in ALL CAPITAL LETTERS! Whenever you receive a letter from the government addressed in ALL CAPITAL LETTERS (such as "JOHN SMITH" instead of the proper English language "John Smith") they are addressing a legal fiction, a "straw man," whom they assume they OWN.

Since they are going on the assumption that they OWN this "straw man" (which they actually do not -- and you can learn how you can take TITLE to this "straw man") they assume that whatever money comes in to the property ("straw man") belongs to the master (government).

What you are experiencing is an unprecedented GRAB for power by the "federal" government! In fact, Agents of the "federal" government have NO jurisdiction within the borders of these separate and sovereign united States, or over the "straw man" – unless you give it to them!

Notes:

What year was the Buck Act enacted? _____

What is the codification of the Buck Act? _____

How does the Buck Act affect you? _____

_____

_____

_____

_____

_____

_____

_____

_____

Information from the:

**Freedom School**

http://www.freedom-school.com/



Department
of the
Treasury

**Internal
Revenue
Service**

**Publication 1212**
(Rev. January 2022)

Cat. No. 61273T

# Guide to Original Issue Discount (OID) Instruments



**Get forms and other information faster and easier at:**
- *IRS.gov* (English)
- *IRS.gov/Spanish* (Español)
- *IRS.gov/Chinese* (中文)
- *IRS.gov/Korean* (한국어)
- *IRS.gov/Russian* (Русский)
- *IRS.gov/Vietnamese* (Tiếng Việt)

## Contents

What's New ................ 2

Introduction ............... 2

Definitions ................ 2

Debt Instruments in the OID
  Tables .................. 3

Debt Instruments Not in the OID
  Tables .................. 3

Information for Brokers and Other
  Middlemen .............. 4
  Short-Term Obligations
    Redeemed at Maturity ...... 4
  Long-Term Debt Instruments ..... 4
  Certificates of Deposit ......... 5
  Bearer Bonds and Coupons ...... 5
  Backup Withholding ......... 5

Information for Owners of OID Debt
  Instruments ............. 5
  Form 1099-OID ........... 6
  How To Report OID ......... 7
  Figuring OID on Long-Term
    Debt Instruments ......... 7
    Debt Instruments Issued
      After July 1, 1982, and
      Before 1985 ......... 8
    Debt Instruments Issued
      After 1984 .......... 9
    Contingent Payment Debt
      Instruments ......... 10
    Inflation-Indexed Debt
      Instruments ......... 11
  Figuring OID on Stripped Bonds
    and Coupons .......... 12
    Form 1099-OID ........ 12
    Tax-Exempt Bonds and
      Coupons .......... 12
    Debt Instruments and
      Coupons Purchased
      After July 1, 1982, and
      Before 1985 ........ 13
    Debt Instruments and
      Coupons Purchased
      After 1984 ......... 13

How To Get Tax Help ........ 14

Index .................. 18

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Pub. 1212, such as legislation enacted after it was published, go to *IRS.gov/Pub1212*.

**Access your online account (individual taxpayers only).** Go to *IRS.gov/Account* to securely access information about your federal tax account.

* View the amount you owe and a breakdown by tax year.
* See payment plan details or apply for a new payment plan.
* Make a payment or view 5 years of payment history and any pending or scheduled payments.
* Access your tax records, including key data from your most recent tax return, your EIP amounts, and transcripts.
* View digital copies of select notices from the IRS.
* Approve or reject authorization requests from tax professionals.
* View your address on file or manage your communication preferences.

**Tax Pro Account.** This tool lets your tax professional submit an authorization request to access your individual taxpayer *IRS online account*. For more information, go to *IRS.gov/ TaxProAccount*.

**Using direct deposit.** The fastest way to receive a tax refund is to file electronically and choose direct deposit, which securely and electronically transfers your refund directly into your financial account. Direct deposit also avoids the possibility that your check could be lost, stolen, or returned undeliverable to the IRS. Eight in 10 taxpayers use direct deposit to receive their refunds. If you don't have a bank account, go to *IRS.gov/DirectDeposit* for more information on where to find a bank or credit union that can open an account online.

**Getting a transcript of your return.** The quickest way to get a copy of your tax transcript is to go to *IRS.gov/Transcripts*. Click on either "Get Transcript Online" or "Get Transcript by Mail" to order a free copy of your transcript. If you prefer, you can order your transcript by calling 800-908-9946.

**Reporting and resolving your tax-related identity theft issues.**

* Tax-related identity theft happens when someone steals your personal information to commit tax fraud. Your taxes can be affected if your SSN is used to file a fraudulent return or to claim a refund or credit.
* The IRS doesn't initiate contact with taxpayers by email, text messages, telephone calls, or social media channels to request personal or financial information. This includes requests for personal identification numbers (PINs), passwords, or similar information for credit cards, banks, or other financial accounts.
* Go to *IRS.gov/IdentityTheft*, the IRS Identity Theft Central webpage, for information on identity theft and data security protection for taxpayers, tax professionals, and businesses. If your SSN has been lost or stolen or you suspect you're a victim of tax-related identity theft, you can learn what steps you should take.
* Get an Identity Protection PIN (IP PIN). IP PINs are six-digit numbers assigned to taxpayers to help prevent the misuse of their

SSNs on fraudulent federal income tax returns. When you have an IP PIN, it prevents someone else from filing a tax return with your SSN. To learn more, go to *IRS.gov/IPPIN*.

**Ways to check on the status of your refund.**
* Go to *IRS.gov/Refunds*.
* Download the official IRS2Go app to your mobile device to check your refund status.
* Call the automated refund hotline at 800-829-1954.

**Note.** The IRS can't issue refunds before mid-February 2022 for returns that claimed the EIC or the additional child tax credit (ACTC). This applies to the entire refund, not just the portion associated with these credits.

**Making a tax payment.** Go to *IRS.gov/ Payments* for information on how to make a payment using any of the following options.
* *IRS Direct Pay*: Pay your individual tax bill or estimated tax payment directly from your checking or savings account at no cost to you.
* *Debit or Credit Card*: Choose an approved payment processor to pay online or by phone.
* *Electronic Funds Withdrawal*: Schedule a payment when filing your federal taxes using tax return preparation software or through a tax professional.
* *Electronic Federal Tax Payment System*: Best option for businesses. Enrollment is required.
* *Check or Money Order*: Mail your payment to the address listed on the notice or instructions.
* *Cash*: You may be able to pay your taxes with cash at a participating retail store.
* *Same-Day Wire*: You may be able to do same-day wire from your financial institution. Contact your financial institution for availability, cost, and time frames.

**Note.** The IRS uses the latest encryption technology to ensure that the electronic payments you make online, by phone, or from a mobile device using the IRS2Go app are safe and secure. Paying electronically is quick, easy, and faster than mailing in a check or money order.

**What if I can't pay now?** Go to *IRS.gov/ Payments* for more information about your options.
* Apply for an *online payment agreement* (*IRS.gov/OPA*) to meet your tax obligation in monthly installments if you can't pay your taxes in full today. Once you complete the online process, you will receive immediate notification of whether your agreement has been approved.
* Use the *Offer in Compromise Pre-Qualifier* to see if you can settle your tax debt for less than the full amount you owe. For more information on the Offer in Compromise program, go to *IRS.gov/OIC*.

**Filing an amended return.** You can now file Form 1040-X electronically with tax filing software to amend 2019 or 2020 Forms 1040 and 1040-SR. To do so, you must have e-filed your

original 2019 or 2020 return. Amended returns for all prior years must be mailed. Go to *IRS.gov/Form1040X* for information and updates.

**Checking the status of your amended return.** Go to *IRS.gov/WMAR* to track the status of Form 1040-X amended returns.

**Note.** It can take up to 3 weeks from the date you filed your amended return for it to show up in our system, and processing it can take up to 16 weeks.

**Understanding an IRS notice or letter you've received.** Go to *IRS.gov/Notices* to find additional information about responding to an IRS notice or letter.

You can use Schedule LEP, Request for Change in Language Preference, to state a preference to receive notices, letters, or other written communications from the IRS in an alternative language, when these are available. Once your Schedule LEP is processed, the IRS will determine your translation needs and provide you translations when available. If you have a disability requiring notices in an accessible format, see Form 9000.

**Contacting your local IRS office.** Keep in mind, many questions can be answered on IRS.gov without visiting an IRS TAC. Go to *IRS.gov/LetUsHelp* for the topics people ask about most. If you still need help, IRS TACs provide tax help when a tax issue can't be handled online or by phone. All TACs now provide service by appointment, so you'll know in advance that you can get the service you need without long wait times. Before you visit, go to *IRS.gov/TACLocator* to find the nearest TAC and to check hours, available services, and appointment options. Or, on the IRS2Go app, under the Stay Connected tab, choose the Contact Us option and click on "Local Offices."

## The Taxpayer Advocate Service (TAS) Is Here To Help You

### What Is TAS?

TAS is an *independent* organization within the IRS that helps taxpayers and protects taxpayer rights. Their job is to ensure that every taxpayer is treated fairly and that you know and understand your rights under the *Taxpayer Bill of Rights*.

### How Can You Learn About Your Taxpayer Rights?

The Taxpayer Bill of Rights describes 10 basic rights that all taxpayers have when dealing with the IRS. Go to *TaxpayerAdvocate.IRS.gov* to help you understand what these rights mean to you and how they apply. These are *your* rights. Know them. Use them.

### What Can TAS Do for You?

TAS can help you resolve problems that you can't resolve with the IRS. And their service is free. If you qualify for their assistance, you will

be assigned to one advocate who will work with you throughout the process and will do everything possible to resolve your issue. TAS can help you if:

- Your problem is causing financial difficulty for you, your family, or your business;
- You face (or your business is facing) an immediate threat of adverse action; or
- You've tried repeatedly to contact the IRS but no one has responded, or the IRS hasn't responded by the date promised.

## How Can You Reach TAS?

TAS has offices *in every state, the District of Columbia, and Puerto Rico*. Your local advocate's number is in your local directory and at *TaxpayerAdvocate.IRS.gov/Contact-Us*. You can also call them at 877-777-4778.

## How Else Does TAS Help Taxpayers?

TAS works to resolve large-scale problems that affect many taxpayers. If you know of one of these broad issues, report it to them at *IRS.gov/ SAMS*.

## TAS for Tax Professionals

TAS can provide a variety of information for tax professionals, including tax law updates and guidance, TAS programs, and ways to let TAS know about systemic problems you've seen in your practice.

## Low Income Taxpayer Clinics (LITCs)

LITCs are independent from the IRS. LITCs represent individuals whose income is below a certain level and need to resolve tax problems with the IRS, such as audits, appeals, and tax collection disputes. In addition, LITCs can provide information about taxpayer rights and responsibilities in different languages for individuals who speak English as a second language. Services are offered for free or a small fee for eligible taxpayers. To find an LITC near you, go to *TaxpayerAdvocate.IRS.gov/about-us/Low-Income-Taxpayer-Clinics-LITC* or see IRS Pub. 4134, *Low Income Taxpayer Clinic List*.

**Index**

To help us develop a more useful index, please let us know if you have ideas for index entries. See "Comments and Suggestions" in the "Introduction" for the ways you can reach us.

**A**
Accrual period 2
Acquisition premium 2
Adjusted issue price 2
Assistance (See Tax help)

**B**
Backup withholding 5
Bearer bonds and coupons 5
Brokers (See Information for brokers and other middlemen)

**C**
Certificates of deposit 5
Contingent payment debt instruments 10

**D**
Debt instrument 3
Debt instruments:
  Long-term 4
  Short-term 4
Debt instruments and coupons purchased after 1984 13
Debt instruments and coupons purchased after July 1, 1982, and before 1985 13
Debt instruments in the OID tables 3
Debt instruments issued after 1984 9

Debt instruments issued after July 1, 1982 8
Debt instruments not in the OID tables 3
Definitions 2
  Accrual period 2
  Acquisition premium 2
  Adjusted issue price 2
  Debt instrument 3
  Issue price 3
  Market discount 3
  Original issue discount (OID) 2
  Premium 3
  Qualified stated interest 3
  Stated redemption price at maturity 3
  Yield to maturity 3

**E**
Electronic payee statements 4

**F**
Form 4

**I**
Inflation-indexed debt instruments 11
Information for brokers and other middlemen 4
Information for owners of OID debt instruments 5
Issue price 3

Issuers of OID debt instruments, Instructions for 2

**L**
Long-term debt instruments 4

**M**
Market discount 3

**O**
OID, figuring 4
  Using section I 4
  Using the income tax regulations 4
OID on long-term debt instruments, figuring 7
OID on stripped bonds and coupons, figuring 12
OID tables, Debt Instruments in 3
OID tables, Debt instruments not in 3
Original issue discount (OID) 2
Owners of OID debt instruments, information for 5

**P**
Premium 3
Publications (See Tax help)

**Q**
Qualified stated interest 3

**R**
REMIC and CDO information reporting requirements 2

**S**
Section I 3
Section II 3
Section III 3
Short-term obligations redeemed at maturity 4
Stated redemption price at maturity 3
Stripped bonds and coupons, figuring OID 12

**T**
Tax help 14

**Y**
Yield to maturity 3, 13



# CONFIRMATION BY WRITTEN MEMORANDUM

**OF MY ENTITY'S ORIGINAL MEANING ON "BIRTHING ESTATE LAND TITLE" TO BE Entered as an Allongement; into the Washington D.C, District of Columbia;"Birthing and Land Title" Records, Registration #156-63-206048 For Viola Delores Garris born June 12th, 1940 and into the Washington, D.C and UNITED STATES Vital records per Title #76-49D.**

I am the Sole Owner of my original "Birthing Estate Land Title, an Entity; VIOLA DELORES GARRIS; that was born on June 12,1940 of the Land of the United States of America as it was originally recorded into the District of Columbia, Washington; "Birthing Estate Land Title" Records per Registration#156-63-206048 / 76-49D thereafter.

Therefore, as I am The Actual Living Entity and Individual Banker Viola Delores Garris of Age and Competently Awake, I am by my Free Non-intervention WILL Claiming that the Entity is I per this written memorandum under my **Written Signature/Seal** and **Actual living Boundary Markings.** I am Further claiming all of my Individual Estate Private Banking Fundamental Rights and Powers addressed in the Bill of Rights and as a Sovereignty of the Sovereign Land of America.

*SEE Attachment

As my Original "Birthing Estate Land Title" ENTITY'S status was UNKWOWN, it is a "Conditional Certificate of Estate Title"

THUS, allowing a secondary False Certificate of Title registration in my ENTITY'S last name first as **GARRIS, VIOLA DELORES** and # 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 shortly thereafter; to create a Collateral Assurance PUBLIC Banking Certificate of Title.

I am without recourse and any other means of just Redress, changing IT'S status from being a Conditional Certificate of Estate Title back to its original meaning, as an Absolute Actual Living Entity "Birthing Estate Land Title".

I am ordering, as the sole owner and Individual Banker of my Absolute 'Birthing Estate Land Title";

6. An Affidavit of Truth, under Commercial Law, can only be satisfied: (i) through a rebuttal Affidavit of Truth, point for point, (ii) by payment (iii) by agreement, (iv) by resolution by a jury by the rules of Common Law.

7. All are equal under the Common Law.

8. TAKE NOTICE that I, hereby, cancel any presumed election made by the United States Government or any agency or department, thereof, that I am or ever have been a citizen or resident of any territory, possession, instrumentality or enclave, under the sovereignty or exclusive jurisdiction of the United States, as defined in the Constitution for the United States of America in Art. 1 Sec. 8, Cl 17 and Art. IV, Sec. 3 Cl. 2. I further cancel any presumption that I ever voluntarily elected to be treated as such a citizen or resident.

9. TAKE NOTICE that I revoke and cancel all of my signatures on any other forms, which may be construed to give the federal communications commission or any other agency or department of the United States Government, created under authorities of Art. 1, Sec. 8 Cl. 17 and Art. IV, Sec 3, Cl. 2 of the Constitution for the United States, authority or jurisdiction over me. I also revoke, rescind and make void ab anitio, all powers of attorney, in fact, in presumption, or otherwise, signed either by myself or anyone else, with or without my consent, as such power of attorney pertains to me, by but not limited to, any and all Governmental/quasi/colorable, public, Governmental entities or Corporations, on the grounds of constructive fraud, and non-disclosure of pertinent facts.

The foundation of Commercial Law is based upon certain eternally just, valid, and moral Precepts and Truths, which have remained unchanged for at least six thousand years, having its roots in Mosaic Law. Said Commercial Law forms the underpinnings of Western Civilization, if not all Nations, law, and Commerce in the world. Commercial Law is non-judicial, and is prior to and superior to, the basis of, and cannot be set aside or overruled by the statutes of any Governments, legislatures, Governmental, or Quasi-Governmental agencies. Courts, Judges, and law enforcement agencies, which are under an inherent obligation to uphold, said Commercial Law.

Equity is commerce between individuals in total agreement, knowingly and willing exchanging goods or services, in good faith and clean hands.

The Plaintiff's intention is to settle and close all obligations pertaining to indebtedness indicated by the Defendants'.

Plaintiff will not, is not, nor never will engage in arguments or banter as the Defendants' continues to demonstrate.

The Defendants' incompetence is displayed by giving testimony as a corporate fiction/Attorney (not real or living, a character), according to the "The Dead Man Statues" and Blacks Law.

*SEE ATTACHMENTS SUPPORTING FACTS*:

A. Birth Certificate and S.S card (3 pages)

B. Affidavit of Copyright (5 pages)

C. Power of Attorney in Fact (3 pages)

D. Affidavit of Domicile (1 page)

E. Appellation and Status Correction

F. Federal Reserve Bank Operating Circular # 10 Sec. 17.1 "Termination" (1 page)

G. House of Viola; Revocable Living Trust Agreement. (5 pages)

H. Certificate of Authority (4 pages)

I am ordering, as the sole owner and Individual Banker of my Absolute 'Birthing Estate Land Title";

I am demanding the release of my individual Banker's Rights, Powers to all accruals of my Estate's PUBLIC Banking Assets held as Collateral Assurance PUBLIC Banking Funds by the SOCIAL SECURITY ADMINISTRATION, the UNITED STATES, WASHINGTON,D.C, and STATE OF GEORGIA, AS WELL AS THEIR SECRETARIES & TREASURERS AND ALL SUBDIVISIONS ALLOWED BY LAW THEREFROM.

Date of Execution: Jan. 30, 2023

As God is my Witness; it is so Ordered, Signed and Sealed
By: Viola D. Garris

Actual Living Entity/Sole Owner/ Individual Banker-Viola Delores Garris

(Under Tribunal Boundaries and Sealed)



Kevin R Sudd
APRIL 16 2023

KEVIN R SUDDUTH
NOTARY
PUBLIC
Apr. 16, 2023
COWETA COUNTY GA