IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Viola Delores Garris,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **Civil Action No.: 1:22-cv-04591-SCJ-CMS** |
| **Shellpoint Mortgage Services** | ) ) ) |
| **Defendant** | ) ) |

**DEFENDANT NEWREZ, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING'S MOTION TO STAY
DISCOVERY AND PRETRIAL DEADLINES**

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint" or "Defendant"),[1] by and through its undersigned counsel, file this Motion to Stay Discovery and Pre-Trial Deadlines in light of Defendant's pending Motion to Dismiss, which could dispose of this entire action. In support of this Motion, Defendant incorporates its Memorandum of Law contemporaneously filed herewith.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion to Stay Discovery and Pre-Trial Deadlines.

---

[1] Defendant was improperly named as just "Shellpoint Mortgage Services" in the Complaint. The proper name for the defendant is NewRez, LLC d/b/a Shellpoint Mortgage Servicing.

1

Respectfully submitted this 23rd day of January, 2023.

/s/Keith S. Anderson
Keith S. Anderson
Georgia Bar No. 136246
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
*Attorney for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

/s/ Keith S. Anderson

## **CERTIFICATE OF SERVICE**

I certify that I have on this 23rd day of January, 2023, served a true copy of the foregoing by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Viola D. Garris
7050 John Rivers Road
Fairburn, Georgia 30213

/s/Keith S. Anderson
Keith S. Anderson
Georgia Bar No. 136246