IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Viola Delores Garris,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:22-cv-04591-SCJ-CMS |
| | ) |
| **Shellpoint Mortgage Services** | ) |
| | ) |
| **Defendant** | ) |

ORDER GRANTING MOTION
TO STAY DISCOVERY AND PRE-TRIAL DEADLINES

Before the Court is Defendant's Motion to Stay Discovery and certain Pre-Trial Deadlines pending the Court's ruling on Defendant's Motion to Dismiss. The Court considered the Motion to Stay (Doc. 6) and concludes that good cause exists for the Court to stay discovery and all deadlines during the Court's consideration of Defendant's Motion to Dismiss (Doc. 2).

Accordingly, the Court hereby **GRANTS** the Motion to Stay Discovery and Pre-Trial Deadlines. The Court **STAYS** the parties' obligations to engage in or respond to discovery and to comply with the deadlines for conducting the Rule 26(f) conference, serving initial disclosures, and filing a discovery plan. The parties will comply with any deadlines within thirty (30) days of the Court's Order on Defendant's Motion to Dismiss, should it become necessary.

1

**SO ORDERED**, this \_\_\_\_ day of _____, 2023.

_____
Honorable Catherine M. Salinas
United States Magistrate Judge