IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**VIOLA DELORES GARRIS,**

  **Plaintiff,**

v.

**SHELLPOINT MORTGAGE SERVICES,**

  **Defendant.**

**CIVIL ACTION FILE NO.**

**1:22-CV-04591-SCJ**

## ORDER

This matter appears before the Court following its April 28, 2023 Order in which the Court withheld judgment on its order adopting the Magistrate Judge's R&R and granting Defendant's Motion to Dismiss. Doc. No. [14]. The Court permitted *pro se* Plaintiff, Viola Delores Garris, an opportunity to amend her Complaint to fix the listed deficiencies. Id. The Court also provided instructions for the pleading of the Amended Complaint and set a deadline of May 22, 2023 for the amendment to be filed. Id. at 5–7. On May 22, 2023, Plaintiff filed a document labeled "Cover Letter . . . Response to Remittance entered 5/1/2023

@ 10:06 AM EDT and filed on 4/28/2023 by Judge Steve C. Jones." Doc. No. [15]. Plaintiff also filed: (1) a document labeled "Suit for Correct name and Language performance Corrections;" (2) a document labeled "Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended;" and (3) a copy of this Court's April 28, 2023 Order (annotated with green highlighting). Id.

Similar to her prior pleading, Plaintiff's new filings are deficient because they do not identify what facts and/or acts by the Defendant support any particular claim and the Complaint fails to adhere to even the most basic pleading standards. To the extent that Plaintiff's filings at Doc. No. [15] constitute a clarification or reconsideration request, such is **DENIED** as there was no ambiguity in the Court's instructions to replead—and after consideration of applicable law, nothing persuades the Court to retreat from its prior decision.

Accordingly, Plaintiff's case stands **DISMISSED WITH PREJUDICE** based upon the grant of Defendant's Motion to Dismiss (Doc. Nos. [2]; [14]) and for failure to obey a lawful order of the Court to replead the original complaint to fix the listed deficiencies. LR 16.5, NDGa.[1]

---

[1] Having considered all other remedies, the sanction of dismissal is most appropriate under the factual circumstances of this case.

2

The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED** this 20th day of July, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**