UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIOLA DELORES GARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br><br>SHELLPOINT MORTGAGE SERVICES,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-04591-SCJ |

### J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having approved and adopted the same, it is

**Ordered and Adjudged** that the action be, and the same hereby is **dismissed** with prejudice based upon the grant of Defendant's Motion to Dismiss and for failure to obey a lawful order of the Court to replead the original complaint to fix the listed deficiencies. LR 16.5, NDGa.

Dated at Atlanta, Georgia, this 20th day of July, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Shane Gazaway
Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
 July 20, 2023

Kevin P. Weimer
Clerk of Court

By s/Shane Gazaway
      Deputy Clerk